UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00107-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO RECONSIDER APPEAL OF MAGISTRATE JUDGE'S DETENTION ORDER** |
| DEANDRE SPENCER, | |
| Defendant. | (ECF No. 69) |

I previously denied defendant Deandre Spencer's appeal of Magistrate Judge Leen's Order of Detention. ECF No. 66. Spencer moved for reconsideration of my order. ECF No. 69. I have reviewed the alleged errors in the prior orders, but I deny the motion to reconsider.

Magistrate Judge Leen accepted Spencer's representation that he does not appear in any of the photographs "of other robberies in which Spencer is or was regarded as a suspect." ECF No. 59 at 5. So do I. I also disregard the allegation that Spencer was on pre-trial diversion in California as it appears that is not the case. But even disregarding those allegations, detention is warranted.

At the time of the detention hearing in January 2018, Spencer had been unemployed since May 2017. He had no assets or income. ECF No. 59 at 5-6. He claims he had been traveling between California and Nevada and living in weekly motels until July 2017 when he began staying with his mother. However, his mother does not know how many children Spencer has, what he had been doing over the prior five years, that he was using painkillers daily, or that he had been in counseling for marijuana use. Also, Spencer self-identified as a gang member. Although he claims he was not active in the gang, it is a risk factor. Magistrate Judge Leen also considered, as do I, the government's proffer that robberies of Walgreens pharmacies in the area of California where Spencer lived stopped after he and co-defendant Tyson moved to Las Vegas. *Id.*

While the weight of the evidence is the least important factor to consider, it cannot be ignored. The evidence is very strong that Spencer and his co-defendants were "caught in the act" immediately after a robbery of a Walgreens pharmacy and made admissions regarding their involvement. *Id.* As Magistrate Judge Leen pointed out, this was a crime of violence, a factor that also weighs in favor of detention. 18 U.S.C. § 3142(g).

I previously conducted a *de novo* review of the evidence and made my own independent determination with no deference to Magistrate Judge Leen. ECF No. 66. Spencer's motion for reconsideration does not cause me to change my mind. No conditions or combination of conditions could be fashioned that would reasonably protect the community against the risk of danger posed by Spencer.

IT IS THEREFORE ORDERED that Spencer's motion for reconsideration **(ECF No. 69)** **is DENIED**.

DATED this 27th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE