

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:18-CR-107-APG-(GWF) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Preliminary Order of Forfeiture |
| ) | |
| DEANDRE SPENCER, ) | |
| ) | |
| Defendant. ) | |

This Court finds that defendant Deandre Spencer pled guilty to Counts One through Three of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Robbery Involving Controlled Substances in violation of Title 18, United States Code, Section 2118(d) and in Counts Two and Three with Robbery Involving Controlled Substances in violation of Title 18, United States Code, Section 2118(a). Criminal Indictment, ECF No. 32; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Deandre Spencer agreed to the imposition of the in personam criminal forfeiture money judgment of $6,386 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 32; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 2118(a), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(D), or Title 18, United States Code, Section 2118(d),

1 conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States

2 Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21,

3 United States Code, Section 853(p).

4       This Court finds that Deandre Spencer shall pay an in personam criminal forfeiture

5 money judgment of $6,386 to the United States of America, pursuant to Fed. R. Crim. P.

6 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United

7 States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

8       This Court finds that the United States of America may amend this order at any time to

9 add subsequently located property or substitute property to the forfeiture order pursuant to Fed.

10 R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

11       The in personam criminal forfeiture money judgment complies with *Honeycutt v. United*

12 *States*, ___U.S.___, 137 S. Ct. 1626 (2017).

13       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

14 United States recover from Deandre Spencer an in personam criminal forfeiture money judgment

15 of $6,386.

16       DATED this *10* day of *September*, 2018.

18

19                    _____

UNITED STATES DISTRICT JUDGE