1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar No. 889
2  WRIGHT MARSH & LEVY
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702) 382-4800
5  rick@wmllawlv.com
   Attorney for Deandre Spencer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00107-APG-GWF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| DEANDRE SPENCER, | (FIRST REQUEST) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED , between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and KILBY MACFADDEN, Assistant United States Attorney, and Defendant Deandre Spencer, through his counsel, RICHARD A. WRIGHT, WRIGHT MARSH & LEVY, that the sentencing hearing currently scheduled for December 13, 2018 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than seven (7) days from the current sentencing date and as soon as practicable.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant, RICHARD A. WRIGHT, is currently in Los Angeles and is unable to return to Las Vegas because of an emergency.

2. The parties agree to the requested continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

1     4.     The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

Dated this 12th day of December, 2018.

| WRIGHT MARSH & LEVY | DAYLE ELIESON |
|---|---|
| | UNITED STATES ATTORNEY |
| BY: /s/ Richard A. Wright | BY: /s/ Kilby Macfadden |
|     RICHARD A. WRIGHT, ESQUIRE |     KILBY MACFADDEN |
|     Attorney for Defendant Spencer |     Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
    Plaintiff, )    CASE NO. 2:18-CR-00107-APG-GWF
    vs. )
DEANDRE SPENCER, )    ORDER
    Defendant. )

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Deandre Spencer in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare and appear for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for December 13, 2018 at 10:00 a.m. be vacated and continued to Friday, December 21, 2018, at 9:00 a.m. in Courtroom 6C.

DATED this 13th day of December, 2018.

_____
ANDREW P. GORDON
United States District Judge